State v. Lash

---

STATE OF NORTH CAROLINA v. IRIS THOMAS LASH

No. 7321SC321

(Filed 13 June 1973)

Homicide §§ 23, 30— second degree murder — instruction on involuntary manslaughter proper

Trial court's charge in a second degree murder case included an adequate declaration and explanation of the law arising on the evidence, and an instruction with respect to involuntary manslaughter did not constitute prejudicial error.

APPEAL by defendant from *Wood, Judge,* 16 October 1972 Criminal Session of Superior Court held in FORSYTH County.

Defendant was placed on trial for murder in the second degree. Upon a verdict of voluntary manslaughter, judgment was entered imposing a prison sentence of eight to twelve years.

*Attorney General Robert Morgan by Edwin M. Speas, Jr., Associate Attorney, for the State.*

*William G. Pfefferkorn for defendant appellant.*

VAUGHN, Judge.

The court submitted possible verdicts of murder in the second degree, voluntary manslaughter, involuntary manslaughter or not guilty. Defendant complains that the jury was instructed that it might return a verdict of guilty of involuntary manslaughter. We hold that the instruction did not constitute prejudicial error.

All the remaining assignments of error are directed to the charge of the court. We hold that the charge, when considered in its entirety, includes an adequate declaration and explana-

tion of the law arising on the evidence in the case and no error so prejudicial as to require a new trial has been shown.

No error.

Judges CAMPBELL and HEDRICK concur.